LARS T. FULLER (No. 141270)
SAM TAHERIAN (No. 170953)
THE FULLER LAW FIRM, PC
60 No. Keeble Ave.
San Jose, CA 95126
Telephone: (408)295-5595
Facsimile: (408) 295-9852

Attorneys for
BONG HUYNH
Plaintiff

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>BONG HUYNH<br><br>Debtor.<br>―――――――――――――<br>BONG HUYNH<br>  Plaintiff<br>v.<br>ANH HUNG HUYNH, and STANLEY FRIEDMAN<br>  Defendants | CASE No. 11-57856 SLJ<br><br>Adversary Number: 15-05140 SLJ<br><br>Chapter 13<br><br>**PLAINTIFF'S CASE MANAGEMENT CONFERENCE STATEMENT**<br><br>Date: April 28, 2016<br>Time: 2:00 PM<br>Address: N. Dist of CA Bankruptcy Court<br>   San Jose Division<br>   280 S. First Street<br>   San Jose, CA 95113<br>Courtroom: 3099<br>Judge: Hon. Stephen L. Johnson: |

Comes now, Bong Huynh, Plaintiff herein, and submits this STATUS CONFERENCE STATEMENT.

### Factual background

Plaintiff filed the instant bankruptcy petition on August 22, 2011. Defendants caused a complaint to be filed against Plaintiff in Santa Clara County Superior Court on November 23,

1
PLAINTIFF'S CASE MANAGEMENT CONFERENCE STATEMENT
Case: 15-05140   Doc# 13   Filed: 04/11/16   Entered: 04/11/16 15:36:49   Page 1 of 3

2011 and caused a judgment to be entered and an Abstract of Judgment to be issued thereon. The abstract was to be recorded in the Santa Clara County Recorder's Office.

Plaintiff has interest in real property which had become encumbered by the abtract.

### Procedural Background

After filing the instant Adversary, Plaintiff filed a Motion for Summary Judgment as to validity of the lien. The motion was granted. Thereafter, Plaintiff sought dismissal of the underlying bankruptcy case, which was duly dismissed.

The only remaining issue is damages.

The court issued an order barring co-Defendant Stanley Friedman, Esq, from representing co-Defendant Anh Huynh.

### Attempts to Meet and Confer

Defendant Stanley Friedman is an attorney in solo practice. It appears that he is no longer practicing law full time. He has no secretary. He does not use electronic mail, and his fax machine is often not turned on.

Therefore, communications with Mr. Friedman have generally been via U.S. Mail.

Mr. Friedman had made a settlement offer as to himself. But as of this writing, he has not performed on the offer, and has not returned this attorney's call.

Separately, Mr. Friedman has made a global settlement offer, as to himself, co-Defendant Anh Huynh, and members of Plaintiff's family against whom co-Defendant asserts claims.

### Other issues

Although the abstract of judgment has been eliminated, the original claims in the ill-fated State Court action remain outstanding against Plaintiff and her family members. For this reason, Plaintiff and her family members are contemplating a global settlement.

## Request

Plaintiff asks that the Case Management Conference be continued 90 days. Within that time, it is hoped that either a settlement is reached as to damages, or a global settlement as to all parties named in the State Court action.

If no success is made, Plaintiff will likely waive tort damages and simply move for summary judgment on attorney fees. Alternatively, at the Continued Case Management Conference, Plaintiff will ask for a trial date as to damages.

Respectfully submitted,

DATED: April 11, 2016                THE FULLER LAW FIRM, PC


By: /s/ Sam Taherian
    SAM TAHERIAN
    Attorneys for Debtor(s)

3
PLAINTIFF'S CASE MANAGEMENT CONFERENCE STATEMENT

FULLER LAW FIRM, PC
60 N. KEEBLE AVE
SAN JOSE, CA 95125
(408) 295-5595